UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S., individually and in her capacity as
parent and guardian of minor student T.A.,

Plaintiff,

v.

SEATTLE SCHOOL DISTRICT No. 1,

Defendant.

C21-617 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' joint motion to continue trial, docket no. 15, is GRANTED as follows:

| JURY TRIAL DATE (10 days) | February 6, 2023 |
|---|---|
| Deadline for joining parties | July 18, 2022 |
| Deadline for amending pleadings | July 18, 2022 |
| Disclosure of expert testimony | July 18, 2022 |
| Discovery motions filing deadline | September 8, 2022 |
| Discovery completion deadline | October 17, 2022 |

MINUTE ORDER - 1

| Dispositive motions filing deadline | November 10, 2022 |
|---|---|
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | November 17, 2022 |
| Motions in limine filing deadline | January 5, 2023 |
| Agreed pretrial order due | January 20, 2023 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 20, 2023 |
| Pretrial conference | January 27, 2023 at 10:00 a.m. |

(2)     The provisions of the Minute Order Setting Trial and Related Dates, docket no. 14, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of February, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2