UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S., individually and on behalf of T.A., a minor,

    Plaintiff,

v.

SEATTLE SCHOOL DISTRICT NO. 1,

    Defendant.

C21-0617 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion, docket no. 30, for an extension of time to file a response to defendant's motion for summary judgment, is STRICKEN without prejudice to refiling in an appropriate form. Plaintiff's counsel is DIRECTED to read and comply with the Minute Order entered December 2, 2022, docket no. 27, which indicated that "[a]ny future motion for an extension or continuance shall be accompanied by a supporting declaration, and if based on a medical condition, a physician's letter, explaining the circumstances underlying the request."

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1