UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S., individually and on behalf of T.A., a minor,

Plaintiff,

v.

SEATTLE SCHOOL DISTRICT NO. 1,

Defendant.

C21-0617 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Plaintiff's motion, docket no. 34, for an extension of time to file a response to defendant's motion for summary judgment, is GRANTED as follows. Plaintiff's response brief and any supporting materials shall be filed by Friday, February 24, 2023. **No further extension will be granted for any reason.** If a response brief is not timely filed, the Court will decide defendant's motion for summary judgment on the basis of the motion, docket no. 23, the Declaration of Carole Rusimovic, docket no. 24, and exhibits attached thereto, and the operative pleadings, see Compl. (docket no. 1); Ans. (docket no. 10).

(2)  Defendant's motion for summary judgment, docket no. 23, is RENOTED to March 10, 2023. Any reply is due on the new noting date. If no response brief is timely filed, defendant shall not file a reply, and the Court might issue a ruling in advance of the noting date.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1