UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.S., individually and on behalf of T.A., a minor,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | C21-0617 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 47, the Court SETS the following trial date and related dates and deadlines:

| **JURY TRIAL DATE** | **February 5, 2024** |
|---|---|
| Motions in limine filing deadline | January 4, 2024 |
| Agreed pretrial order due | January 19, 2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 19, 2024 |
| Pretrial conference | January 26, 2024 at 10:00 a.m. |

(2) The provisions of the Minute Order Setting Trial and Related Dates, docket no. 14, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate

MINUTE ORDER - 1

communication to the Court of any settlement remain in full force and effect.[1]  Delivery of exhibits shall be coordinated with Courtroom Deputy Clerk Laurie Cuaresma, who can be reached at 206-370-8521.  The Court will determine at the Pretrial Conference on Friday, January 26, 2024, the number of trial days (or hours) each side will have to present its case.

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of April, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] Except as set forth in this Minute Order, the deadlines in the original scheduling order, docket no. 14, as later amended, see docket no. 16, have expired.

MINUTE ORDER - 2