UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S., on behalf of T.A., a minor,

Plaintiff,

v.

SEATTLE SCHOOL DISTRICT NO. 1,

Defendant.

C21-0617 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed defendant Seattle School District No. 1's mediation report, docket no. 63, the Court DIRECTS as follows:

(a) On or before January 6, 2025, plaintiff's counsel shall file a status report indicating whether T.S. has power of attorney for or is otherwise authorized to act on behalf of T.A., who has apparently reached the age of eighteen (18). A copy of any power of attorney, appointment of T.S. as guardian ad litem for T.A., and/or other relevant documentation shall be attached to said status report.

(b) Plaintiff has failed to timely respond to defendant's motions in limine, docket no. 61. On or before January 6, 2025, plaintiff shall show cause why defendant's motions in limine, docket no. 61, should not be granted and why plaintiff's remaining claims should not be dismissed for failure to prosecute.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1