# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.S., individually and on behalf of T.A., a minor,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-0617 TSZ |

\_\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The motion for summary judgment, docket no. 23, brought by defendant Seattle School District No. 1 (the "District"), is GRANTED in part and DENIED in part, as follows:

(i)    T.S.'s individual claim for loss of consortium (Claim M) is DISMISSED with prejudice as time barred;

(ii)    T.S.'s claims on behalf of T.A. (and T.A.'s claims) for denial of equal protection, racial discrimination, and failure to train, as violations of 42 U.S.C. § 1983 (Claim A), racial discrimination as a violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d (Claim B), disability-based discrimination as a violation of the Americans with Disabilities Act (Claim C), and disability-based discrimination as a violation of § 504 of the Rehabilitation Act of 1973 (Claim D) are DISMISSED for failure to exhaust;

(iii)    T.S.'s claims on behalf of T.A. (and T.A.'s claims) for unlawful seizure as a violation of 42 U.S.C. § 1983 (Claim E), racial and disability-based discrimination as a violation of Washington's Law Against Discrimination (Claim F), false imprisonment (Claim I), assault and battery (Claim J), outrage

(Claim K), and negligent infliction of emotional distress (Claim L) are DISMISSED with prejudice;

  (iv) T.S.'s claim on behalf of T.A. (and T.A.'s claim) for negligence (Claim G) to the extent premised on vicarious liability is DISMISSED with prejudice; and

  (v) T.S.'s claims on behalf of T.A. (and T.A.'s claims) for negligent hiring, training, and post-incident supervision (portions of Claims G and H) are DISMISSED with prejudice.

As to the above-referenced claims, judgment is hereby ENTERED against T.S., individually and on behalf of T.A., and in favor of defendant Seattle School District No. 1, which may tax costs in the manner set forth in LCR 54(d).

The remaining claims asserted by T.S. on behalf of T.A., namely for negligent retention and/or pre-incident supervision, as alleged in portions of Claim G and H of the Complaint, docket no. 1, are DISMISSED without prejudice for failure to prosecute.

Dated this 7th day of January, 2025.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk